```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
              Civil Case No.: 24-1507(DSD/ECW)
```

Julie Dalton, individually and
on behalf of all others
similarly situated,

                                                 **ORDER**

      Plaintiff,

  v.

Chicos FAS Inc.
d/b/a Chicos,

      Defendant.

Based upon the submitted Notice of Dismissal, **IT IS HEREBY ORDERED that** all claims between the parties be dismissed with prejudice and without costs or fees to any party.

Dated: October 21, 2024         s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court